734 A.2d 1280

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Timothy Paul FLANDERS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.

Decided Sept. 8, 1999.

Joseph P. Burt, Erie, for Timothy Flanders.

Joseph P. Conti, Erie, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

The order of the Superior Court dated September 18, 1998 is vacated and the matter is remanded to the Superior Court for disposition of any remaining issues.

Jurisdiction is relinquished.